UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ __3AP__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **EDOUARD JOSEPH**   JOINT DEBTOR: ____   CASE NO.: **16-10222-PGH**
Last Four Digits of SS# **xxx-xx-1949**   Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **396.00** for months **1** to **6** ;
  B. $ **569.77** for months **7** to **30** ;
  C. $ **580.77** for months **31** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **750.00**   TOTAL PAID $ **750.00**
Balance Due $ **-NONE-** payable $ ____ /month (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Seven Springs of Palm Beaches, Inc.**
**Tucker & Tighe, P.A.**   Arrearage on Petition Date  $ 19,330.22
Address: 800 E Broward Blvd., #710, Fort Lauderdale, FL 33301   $ 180.00 /month (Months **1** to **6**)
Arrears Payment $ 337.97 /month (Months **7** to **60**).
Account No: None   Regular Payment $ 180.00 /month (Months **1** to **60**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due   $ ____
Payable   $ ____ /month (Months _ to _)   Regular Payment $ ____

Unsecured Creditors: Pay $ **10.00** /month (Months **30** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

1. Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ EDOUARD JOSEPH**
**EDOUARD JOSEPH**
Debtor

Date: **September 29, 2016**